1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HOLMES, *et al.*,

        Plaintiffs,

    v.

YCT. NOVA, *et al.*,

        Defendants.

Case No.  C16-1422RSL

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL

This matter comes before the Court on Chris P. Reilly's motion to withdraw as
counsel of record for defendants Stephen Yadvish and Yachtfish Marine, Inc. Dkt. # 34.
Plaintiffs oppose the motion on the ground that counsel should be compelled to continue
the representation until a pending motion to dismiss is resolved. Unless and until the
motion to withdraw is granted, Mr. Reilly remains counsel of record and is expected to
zealously advocate for his clients. His role in this case will not be extended simply
because he has continued his efforts in that regard.

    The Clerk of Court is directed to terminate Mr. Reilly's participation in this case
on behalf of both Stephen Yadvish and Yachtfish Marine, Inc., and to add defendants'
address and contact information to the docket:[1]

---

[1] If counsel has any reason to believe that defendants are to be found at different
addresses, they shall immediately notify the Court.

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 1

1141 Fairview Ave. North
Seattle WA 98109

206-623-3233

A copy of this order shall be sent to each defendant at that address and emailed to seattle@yachtfishmarine.com.

Yachtfish Marine, Inc., has been and is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Yachtfish Marine, Inc., shall have twenty days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, Yachtfish Marine, Inc.'s counterclaims will be dismissed and default will be entered against it.

Dated this 28th day of February, 2017.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 2