The Honorable Robert S. Lasnik

IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HOLMES, a married individual, and MARQUIS INTERNATIONAL HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YCT. NOVA (WA Registration No. WN9647LK), her engines, tackle, apparel, appurtenances, etc., *in rem*; YCT. M SQUARED (Official No. 1202018), her engines, tackle, apparel appurtenances, etc., *in rem*; STEPHEN YADVISH, a married individual, and the marital community of Stephen Yadvish and Jody Frye, *in personam*; YACHTFISH MARINE, INC., a Washington corporation, *in personam*; and S.B. JOSEPH CLARK, AN INDIVIDUAL, and the marital community of S.B. Joseph Clark and Jane Doe Clark, in personam,<br><br>Defendants. | Case No. 2:16-cv-01422-RSL<br><br>UNOPPOSED MOTION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**Thursday, March 9, 2017** |

## I. JOINT MOTION OF DEFENDANTS AND NON-OPPOSITION

The above-captioned case is set for trial on September 6, 2017. Defendant Stephen Yadvish, Jody Frye, and Yachtfish Marine, Inc., recently retained new counsel, which substituted into this

UNOPPOSED MOTION TO CONTINUE- 1
CASE NO. 2:16-CV-01422-RSL



20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

case on March 3, 2017.  The deadline for disclosing expert reports is March 15, 2017, and the discovery deadline is May 14, 2017.  There have been no prior continuances in this matter. Pursuant to Local Court Rule 10(g) and 7(d)(1). Defendants Stephen Yadvish, the marital community of Stephen Yadvish and Jody Frye, Yachtfish Marine, Inc. respectfully request the Court for a brief continuance of the following dates:

1)  Expert disclosure from May 15 to April 7, 2017; and

2)  Discovery cut-off from May 14 to June 5, 2017.

This will allow Defendants' new counsel to get up to speed on this matter and participate in discovery, and Defendant S.B. Joseph Clark to avoid travel costs for his expert, who will be in Seattle at the end of March.

Plaintiffs do not oppose the Defendants' request for the extension of the deadlines, as requested above.

Signed this 9th day of March, 2017.

*By: s/Jess G. Webster*  
*By: s/Drew F. Duggan*

Miller Nash Graham & Dunn LLP  
Jess G. Webster, WSBA #11402  
Drew F. Duggan, WSBA #50796  
2801 Alaska Way (Pier 70), Suite 300  
Seattle, WA  98121  
Telephone:  (206) 624-8300  
E-mail:   jess.webster@millernash.com  
          drewduggan@millernash.com  
*Attorneys for Plaintiffs*

*By: s/Wright A. Noel*  
*By: s/Merryn B. DeBenedetti*

Carson Noel PLLC  
Wright A. Noel, WSBA #25264  
Merryn B. DeBenedetti, WSBA #35777  
20 Sixth Ave NE  
Issaquah, WA  98027  
Telephone:  (425) 837-4717  
E-mail:   wright@carsonnoel.com  
          merryn@carsonnoel.com  
*Attorneys for Defendants Yadvish and YMI*

UNOPPOSED MOTION TO CONTINUE- 2  
CASE NO. 2:16-CV-01422-RSL



1  *By: s/Heather Cook*
2  *By: s/John Casperson*

3  Holmes, Weddle & Barcott, PC
4  Heather Cook, WSBA #48487
   John Casperson, WSBA #14492
5  999 Third Avenue, Suite 2600
6  Seattle, WA  98104
   Telephone:  (206) 292-8008
7  E-mail:  jcasperson@hwb-law.com
8           hcook@hwb-law.com
   *Attorneys for S.B. Joseph Clark*
9

UNOPPOSED MOTION TO CONTINUE- 3
CASE NO. 2:16-CV-01422-RSL

CARSON | NOEL
PLLC

20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

## II.  ORDER CONTINUING EXPERT AND DISCOVERY DEADLINES

Dated this 10th day of March, 2017.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court

UNOPPOSED MOTION TO CONTINUE- 4
CASE NO. 2:16-CV-01422-RSL



20 Sixth Ave NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396