UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HOLMES, *et al.*,

Plaintiffs,

v.

YCT. NOVA, *et al.*,

Defendants.

Case No. C16-1422RSL

ORDER DENYING MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS

This matter comes before the Court on "Defendant Stephen Yadvish's Federal Rule of Civil Procedure 12(c) Motion to Dismiss Claims Against Him in His Individual Capacity." Dkt. # 37. Defendant argues that the only claims asserted against him are based on his status as a shareholder and officer of defendant Yachtfish Marine, Inc. He is incorrect. Mr. Yadvish is accused of personally acting in a way that harmed plaintiffs. Corporate shareholders, officers, and agents can be held liable for their own wrongful conduct even if the actions were taken within the scope of their duties for the corporation. Dodson v. Economy Equip. Co., 188 Wash. 340, 343 (1936). Such liability is not based on an alter ego theory and does not require piercing the corporate veil. Grayson v. Nordic Constr. Co., Inc., 92 Wn.2d 548, 553-54 (1979).

The allegations of the complaint adequately allege claims against Mr. Yadvish based on his own tortious conduct, regardless of whether he was acting on his own behalf,

ORDER DENYING MOTION TO DISMISS
INDIVIDUAL CAPACITY CLAIMS - 1

on behalf of Yachtfish Marine, Inc., or on behalf of his partnership with defendant S.B. Joseph Clark. In addition, Mr. Yadvish has asserted a maritime lien which plaintiffs seek to expunge. The motion to dismiss plaintiffs' claims against Mr. Yadvish in his individual capacity is DENIED.

Dated this 20th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge