HONORABLE ROBERT S. LASNIK

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HOLMES, a married individual, and MARQUIS INTERNATIONAL HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YCT. NOVA (WA Registration No. WN9647LK), her engines, tackle, apparel, appurtenances, etc., *in rem*; YCT. M SQUARED (Official No. 1202018), her engines, tackle, apparel, appurtenances, etc., *in rem*; STEPHEN YADVISH, a married individual, and the martial community of Stephen Yadvish and Jody Frye, *in personam*; YACHTFISH MARINE, INC., a Washington corporation, *in personam*; and S.B. JOSEPH CLARK, a married individual, and the marital community of S.B. Joseph Clark and Jane Doe Clark, *in personam*.<br><br>Defendants. | IN ADMIRALTY<br><br>Case No.: 16-CV-01422-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO RE-NOTE CLARK'S MOTION TO EXCLUDE TESTIMONY OF DARRYL HEASLEY |

THIS COURT having reviewed the stipulation to re-note Clark's Motion to

Exclude Testimony of Darryl Heasley, it is hereby ORDERED that:

[~~PROPOSED~~] ORDER GRANTING STIPULATION
TO RE-NOTE CLARK'S MOTION TO EXCLUDE
TESTIMONY OF DARRYL HEASLEY - 1

Case No. 16-CV-01422-RSL

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

6425-29058

1. Clark's Motion to Exclude Testimony of Darryl Heasley is re-noted to Friday, June 16, 2017.

2. Plaintiffs may file either (1) a replacement response brief, or (2) a supplement to their response brief (Dkt. #54), so long as the cumulative length maintains compliance with page limits set forth in LCR 7. Plaintiff's response brief is due no later than June 12.

3. Defendant Clark's reply is due in accordance with LCR 7.

DATED this 8th day of June, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.
John E. Casperson, WSBA #14292
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for Defendant Clark

[PROPOSED] ORDER GRANTING STIPULATION
TO RE-NOTE CLARK'S MOTION TO EXCLUDE
TESTIMONY OF DARRYL HEASLEY - 2

Case No. 16-CV-01422-RSL

6425-29058

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289