1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | ROBERT HOLMES, a married individual, and MARQUIS INTERNATIONAL
11 | HOLDINGS, LLC, a Washington limited liability company,

12 |                Plaintiffs,

13 |      v.

14 | YCT. NOVA (WA Registration No. WN9647LK), her engines, tackle, apparel, appurtenances, etc., *in rem*; YCT.
15 | M SQUARED (Official No. 1202018), her engines, tackle, apparel, appurtenances,
16 | etc., *in rem*; STEPHEN YADVISH, a married individual, and the marital
17 | community of Stephen Yadvish and Jody Frye, *in personam*; YACHTFISH
18 | MARINE, INC., a Washington corporation, *in personam*; and
19 | S. B. JOSEPH CLARK, a married individual, and the marital community of
20 | S. B. Joseph Clark and Jane Doe Clark, *in personam*,

21

22 |                Defendants.

IN ADMIRALTY

Case No. 2:16-cv-01422-RSL

STIPULATION AND ORDER OF
DISMISSAL OF CERTAIN CLAIMS WITH
PREJUDICE

23
24

## I. STIPULATION

25      Plaintiffs Robert Holmes and Marquis International Holding, LLC ("Holmes") and

26 Defendants Stephen Yadvish, the marital community of Stephen Yadvish and Jo Dee Frye, and

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121
560760-0002/4844-7319-0735.2

1   Yachtfish Marine, Inc. ("Yadvish") have settled all existing claims as between Holmes and

2   Yadvish and hereby stipulate to the dismissal with prejudice, and without costs or attorney fees

3   awarded to any party, all claims and counterclaims as between Holmes, or either of them, on the

4   one part, and  Yadvish, or any of them, on the other  part, provided that such dismissal of claims

5   shall be without any prejudice as to any of the claims, counterclaims or defenses remaining as

6   between Plaintiffs and Defendant S.B. Joseph Clark.

7

8           Dated this 29th day of September, 2017.

9

10  MILLER NASH GRAHAM & DUNN LLP          CARSON & NOEL, PLLC

11  By: s/Jess G. Webster                             By:  s/Wright A. Noel
    By: s/Drew F. Duggan
12  Jess G. Webster #11402                          Wright A. Noel #25264
    Drew F. Duggan #50796                          Merryn DeBennedetti #35777
13  MILLER NASH GRAHAM & DUNN LLP          CARSON & NOEL, PLLC
14  2801 Alaskan Way ~ Suite 300                   20 Sixth Ave NE
    Seattle, WA 98121-1128                         Issaquah, WA 98027
15  Telephone:  (206) 624-8300                     Telephone: (425) 395-7786
    E-mail:  jess.webster@millernash.com           Fax: (425) 837-5396
16           drew.duggan@millernash.com

17  *Attorneys for Plaintiffs and Counter-*         *Attorneys for Defendants Yachtfish Marine,*
    *Defendants Robert Holmes Marquis*             *Inc., Stephen Yadvish and the marital*
18  *International Holdings*                          *community of Stephen Yadvish and Jo Dee*
                                                    *Frye*

19

20

21                                  **II.  ORDER**

22          The parties to the foregoing stipulation having so stipulated, it is hereby:

23          ORDERED, that all existing claims, counterclaims and defenses as between the Plaintiffs

24  and Defendants Stephen Yadvish, the marital community of Stephen Yadvish and Jo Dee Frye,

25  and Yadfish Marine, Inc. are dismissed with prejudice, and without costs or attorney fees

26  awarded to any party, provided that dismissal of such claims, counterclaims and defenses shall

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121
560760-0002/4844-7319-0735.2

be without prejudice as to any of the claims, counterclaims or defenses as between Plaintiffs and

Defendant S.B. Joseph Clark.

DATED October 3, 2017.

*MM S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

MILLER NASH GRAHAM & DUNN LLP

By: *s/Jess G. Webster*
By: *s/Drew F. Duggan*
Jess G. Webster #11402
Drew F. Duggan #50796
MILLER NASH GRAHAM & DUNN LLP
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
E-mail: jess.webster@millernash.com  drew.duggan@millernash.com

*Attorneys for Plaintiffs and Counter-Defendants Robert Holmes Marquis International Holdings*

STIPULATION AND ORDER OF DISMISSAL OF CERTAIN CLAIMS
WITH PREJUDICE - 3
(Case No. 2:16-cv-1422-RSL)

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121
560760-0002/4844-7319-0735.2