UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HOLMES, *et al.*,

  Plaintiffs,

  v.

YCT. NOVA, *et al.*,

  Defendants.

Case No. C16-1422RSL

ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE

This matter comes before the Court on "Plaintiffs' Motion in Limine." Dkt. # 79. A state court jury recently determined that there was no joint venture agreement or contract between Yadvish/Yachtfish Marine, Inc. and Holmes/Marquis International Holdings, and plaintiffs seek to exclude evidence and testimony offered to prove the contrary. The motion is unopposed and is therefore GRANTED. Evidence related to the relationship between plaintiffs and the Yadvish defendants may be relevant to other issues, such as knowledge or intent, but it may not be offered to prove the existence of a joint venture agreement or contract.

  Dated this 19th day of October, 2017.

        */s/ Robert S. Lasnik*
        Robert S. Lasnik
        United States District Judge