UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HOLMES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>YCT. NOVA, et al.,<br><br>　　　　　Defendants. | NO. C16-1422RSL<br><br>ORDER VACATING ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE |

The Court's Order Granting Plaintiffs' Motion in Limine, (Dkt. # 87), in the above captioned case, is hereby VACATED. Plaintiffs' Motion in Limine, (Dkt. #79), is renoted to April 13, 2018.

DATED this 20th day of October, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL