UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HOLMES, *et al.*,

    Plaintiffs,

  v.

YCT. NOVA, *et al.*,

    Defendants.

Case No. C16-1422RSL

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE

This matter comes before the Court on "Holmes' Motion for Relief from Deadline" so that he can file a motion in limine to exclude attorney R. Bruce Johnston as a witness at trial. Dkt. # 93. The motion for relief from deadline is unopposed (Dkt. # 98) and therefore GRANTED. Defendant has already submitted a response to the motion in limine, which will be ripe for consideration of April 20, 2018.

Dated this 20th day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR RELIEF FROM DEADLINE - 1